IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE JAMES RUTLAND, 102 041<br>DEMON SLATER, #177 985<br>SILAS BORDEN, #127 842 | *<br><br>* |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-491-D |
| SGT. DAVIDSON, *et al.*, | * |
| Defendants. | * |

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action complaining that on May 20, 2005 Defendants failed to honor their medical profiles for sack lunches. Each inmate signed a single motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open three (3) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Clarence Rutland;

2. Assign the newly opened cases to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

3. Place a copy of the complaint and the *in forma pauperis* affidavit filed by inmates Slater and Borden in the newly opened case files;

4. Refer these case files to the undersigned for further proceedings upon completion of the foregoing directives.

Done this 27th day of May, 2005.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE