(1) *Motion for Leave & Complaint to Proceed In forma Pauperis Due to the Serious Nature of Defendants Conducts GJ*

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 MAY 24  A 9:22

*#10201*
*Clarence Rutland, DEMON SLATER, #177985*
*Silas Borden #127842, etal*

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(2) *Similar Situated Plaintiffs*

Full name and prison number of
plaintiff(s)

(3) *Jurisdiction*
*I.*
*12-11-30 code 1975 to*
*42 USC. 1983, 1981².*

v.

CIVIL ACTION NO. 2:05cv491-D
(To be supplied by the Clerk of the
U.S. District Court)

(4) *Sgt. Davidson, Sgt. Jackson*
*Lt. Babie, and ONE Medical*
*Profile for Sack Lunch, Unhonored—*
*Buttock Correctional Facility Similar-Situated*

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

*Defendants(5)*

I.   PREVIOUS LAWSUITS

*1.*
*429 us. At 106  Frcp 8(G)(1) and 8a(2)*

A.   Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?   Yes ( )   No (X)

B.   Have you begun other lawsuits in state or federal court relating to your
imprisonment?      Yes ( )   No ( )

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.   Parties to this previous lawsuit  *1.d.*
     Plaintiff(s) _____

     _____

     Defendant(s) _____

     _____

     _____

2.   Court (if federal court, name the district; if state court, name the county)

     _____

     _____

3.   Docket No. _____

4.   Name of Judge to whom case was assigned _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

*yes*

6.  Approximate date of filing lawsuit *May 20th, 2005*

7.  Approximate date of disposition *(SAP)*

II.  PLACE OF PRESENT CONFINEMENT *P.o. Box 5107*
*Union Springs, AL. 36089*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. *Sgt. Davison* | *P.o. Box 5107* |
| 2. *Sgt. Jackson* | *Union Springs, AL 36089* |
| 3. *Lt. Babie* | |
| 4. *Warden, Direct & Indirect fie* | |
| 5. *this Unconstitutional officers Actions* | |
| 6. *designed to Violate, Civil Laws [.]* | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *The Defendants were deliberate Indifferent to the Plaintiffs medical Needs, to Discriminate, against Them to Violate, 429 U.S At 106 applying Indifferent standards.*
STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
*statement of claim: On approximate May 20, 2005, At Sack Lunch Time, the Named Defendants Refused to Honor A Legally Issued, Medical Doctor Profile For Sack Lunches to Be given the Plaintiff But Through Discrimination, the Defendants, deliberantly*

Violated Secured Civil Rights, when they willifully, Violated
The Criminal Counter Part to 18 U.S.C. 242 of 42 U.S.C.
1983 (2)(2)(3)(4)(5)

GROUND TWO:

The Defendants Named Did Not Have Legall Antharity
to Stop Sack Lunch's, Issued for medical Reasons

SUPPORTING FACTS:

and Same did Violate 429 U.S. At 106, applying
Deliberate Indifferent standards, to Secured medical
Needs, The Plaintiffs Contents under FRCP 23(a)
That the Defendants All Acted with Callous Reckless
disregards, to Civil Rights, when They, Denied Sack

GROUND THREE:

Lunch without, any medical Reason, other
Than, to go against, Doctor Sediet who Issued

SUPPORTING FACTS:

The medical Profiles, for Sack Lunches In Prison
Because what was Done upon Land and Territory of
The U.S. In a State Prison, for Beeing willifully,
Indifferent to the Plaintiff medical Needs, the
Plaintiff Now Seek 10 Billions In their Class-Action suit.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

[...] 477 U.S. At 2510 of FRCP Rule 56 (c)

The Plaintiff's makes their Genine Claims on
Personal Knowledge and Occurance, In
medical Denial

Approx may 20, 2005                    /s/ Clarence Ruthand #102041
                                       Signature of plaintiff(s)
                                       /s/ Demon M. Slater #177985
                                       /s/ Silas Bralen 127842

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on: May 20, 2005
                (date)

                    /s/ Clarence Ruthand #102141
                    Signature of plaintiff(s)

                    /s/ Demon M. Slater #177985

                    /s/ Silas Bralen 127842

2.
Neal v. Kelly 963 f.2d At 58
Rt: Verified Complaint, etah FRCP 23(a)