RECEIVED

2005 JUL -8 A 10: 11

Case Number

2:05 CV 505-D
ID  YR  NUMBER

(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

Middle District of Alabama Northern Division
[Insert appropriate court]

Demon V. Slater 177985
(Petitioner)

vs.

Sgt. Davidson, et al.,
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Demon V. Slater 177985, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No  X

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    -SSI Disability.

    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____     No  X

    b. Rent payments, interest, or dividends?
       Yes _____     No  X

    c. Pensions, annuities, or life insurance payments?
       Yes _____     No  X

    d. Gifts or inheritances?
       Yes _____     No  X

    e. Any other sources?
       Yes _____     No  X

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____     No _X_

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____     No _X_

   If the answer is "yes", describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *My wife, Michelle Dechaun Slater, our daughters' Shawana + Kiana + Breana Slater, My mom Jeanette Slater Peavy, My brother, Franklin Slater, mother in law, Luelle Major, My daddy Walter Peavy.*

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on ___6-19-05___
                   (Date)

   *Demon W. Slater 177935*
   Signature of Petitioner

   CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ __.67¢__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __BULLOCK COUNTY CORR. FACILITY__ institution:

   _____

   _____

   ___7/5/2005___
   DATE

   *Patsy Faulkner*
   AUTHORIZED OFFICER OF INSTITUTION
   BULLOCK COUNTY CORR. FACILITY

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    BULLOCK CORRECTIONAL FACILITY


  AIS #: 177985      NAME: SLATER, DEMON 12/04         AS OF: 07/05/2005

                        # OF       AVG DAILY        MONTHLY
           MONTH        DAYS        BALANCE         DEPOSITS
           ---------------------------------------------------------

           JUL          26          $10.27          $0.00
           AUG          31          $0.67           $0.00
           SEP          30          $0.67           $0.00
           OCT          31          $0.67           $0.00
           NOV          30          $0.67           $0.00
           DEC          31          $0.67           $0.00
           JAN          31          $0.67           $0.00
           FEB          28          $0.67           $0.00
           MAR          31          $0.67           $0.00
           APR          30          $0.67           $0.00
           MAY          31          $0.67           $0.00
           JUN          30          $0.67           $0.00
           JUL           5          $0.67           $0.00
```

RECEIVED 2005 JUL -8 A 10:11 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA