IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMON SLATER, # 177 985, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv505-D |
| | ) WO |
| SGT. DAVIDSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 5, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that said Recommendation be and the same is hereby adopted and that this case be and the same is hereby DISMISSED without prejudice for the plaintiff's failure to comply with the orders of the court.

DONE this 26th day of August, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE