IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMON SLATER, # 177 985, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv505-D |
| | ) WO |
| SGT. DAVIDSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff and that this action be and the same is hereby DISMISSED without prejudice.

DONE this 25th day of August, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE